Jonathan G. Stein, SBN 224609
Law Offices of Jonathan G. Stein
5050 Laguna Blvd, Suite 112-325
Elk Grove, CA 95758
Attorney for Plaintiff MICHAEL AMSTADTER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| A. MICHAEL AMSTADTER, BONITA AMSTADTER,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, BANK OF AMERICA HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), NDEX WEST., and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.  2:09-cv-2826<br><br>**ORDER GRANTING A TEMPORARY RESTRAINING FORECLOSURE SALE SCHEDULED FOR OCTOBER 20, 2009**<br><br>DATE: October 20, 2009<br>TIME: 10:00am<br>DEPT: 5<br>JUDGE: HON. WILLIAM B. SHUBB |
|---|---|

This matter having come before the court on October 20, 2009 by application from Plainitff's counsel, Jonathan G. Stein, the court hereby APPROVES the application for temporary restraining order. The sale date of October 20, 2009 is stayed for the property of 27600 Cloverleaf, Helendale, CA. Plaintiff shall post a bond of $5,000 within 30 days of today's date.

Dated: October 22, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1 | Dated: October 22, 2009         Law Offices of Jonathan G. Stein
2
3 |                                 /s/ Jonathan G. Stein
4 |                                 By _____
5 |                                     JONATHAN G. STEIN
  |                                     Attorney for Plaintiff MICHAEL AMSTADTER