1 Jonathan G. Stein, SBN 224609
Law Offices of Jonathan G. Stein
2 5050 Laguna Blvd, Suite 112-325
Elk Grove, CA 95758
3 Attorney for Plaintiff MICHAEL AMSTADTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A. MICHAEL AMSTADTER, BONITA AMSTADTER<br><br>      Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, BANK OF AMERICA HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), NDEX WEST., and DOES 1-50, Inclusive,<br><br>      Defendants. | Case No. 2:09-cv-2826<br><br>**ORDER SETTING HEARING ON PRELIMINARY INJUNCTION FORECLOSURE SALE SCHEDULED FOR OCTOBER 20, 2009**<br><br>DATE: October 20, 2009<br>TIME: 10:00am<br>DEPT: 5<br>JUDGE: HON. WILLIAM B. SHUBB |

This matter having come before the court on October 20, 2009 by application from Plainitff's counsel, Jonathan G. Stein, the court hereby sets a hearing on plaintiff's motion for preliminary injunction for November 2, 2009 at 2:00pm in Department 5. Plaintiff shall post a bond of $5,000 within 30 days of today's date.

Dated: October 22, 2009

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1 | Dated:  October 22, 2009          Law Offices of Jonathan G. Stein

/s/ Jonathan G. Stein

By _____
   JONATHAN G. STEIN
   Attorney for Plaintiff MICHAEL AMSTADTER