Jonathan G. Stein, SBN 224609
Law Offices of Jonathan G. Stein
5050 Laguna Blvd, Suite 112-325
Elk Grove, CA 95758
Attorney for Plaintiff MICHAEL AMSTADTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. MICHAEL AMSTADTER, BONITA AMSTADTER<br><br>             Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, BANK OF AMERICA HOME LOANS , MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), NDEX WEST., and DOES 1-50, Inclusive,<br><br>             Defendants. | Case No.  2:09-cv-2826<br><br>**ORDER GRANTING A PRELIMINARY INJUNCTION FORECLOSURE SALE SCHEDULED FOR NOVEMBER 20, 2009**<br><br>**DATE:** November 2, 2009<br>**TIME:** 2:00pm<br>**DEPT:** 5<br>**JUDGE: HON. WILLIAM B. SHUBB** |

This matter came on regularly for hearing on plaintiff's motion for a preliminary injunction on November 2, 2009.  Jonathan G. Stein appeared for plaintiff; no appearance was made on behalf of defendants.  It having been represented to the court that proper service was effected on defendants and that defendants have no objection to the motion, it further appearing that there is no opposition to the motion being granted, IT IS HEREBY ORDERED that plaintiff's motion for a preliminary injunction be, and the same hereby is GRANTED.

The sale by defendants of the property located at 27600 Cloverleaf, Helendale, CA, is hereby enjoined pending final hearing in this matter.   The court will reconsider this order if it should be shown that defendants were not properly noticed and served.

Dated: November 5, 2009

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE